IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Warren, Loretta Marie

Printed: 01/22/09

Case Number: 06 B 08012
Judge: Wedoff, Eugene R
Filed: 7/6/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: December 4, 2008
Confirmed: September 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                  | Receipts  | Disbursements |
|------------------|-----------|---------------|
|                  | 28,235.72 |               |
| Secured:         |           | 23,044.44     |
| Unsecured:       |           | 1,799.53      |
| Priority:        |           | 0.00          |
| Administrative:  |           | 1,274.00      |
| Trustee Fee:     |           | 1,437.36      |
| Other Funds:     |           | 680.39        |
| Totals:          | 28,235.72 | 28,235.72     |

## DISBURSEMENT DETAIL

|     | Creditor Name                    | Type           | Repayment  | Paid to Date   |
|-----|----------------------------------|----------------|------------|----------------|
| 1.  | Bennie W Fernandez               | Administrative | 1,274.00   | 1,274.00       |
| 2.  | Countrywide Home Loans Inc.      | Secured        | 0.00       | 0.00           |
| 3.  | Western Funding Inc              | Secured        | 0.00       | 0.00           |
| 4.  | Indiana American Water           | Secured        | 56.51      | 56.51          |
| 5.  | Countrywide Home Loans Inc.      | Secured        | 22,987.93  | 22,987.93      |
| 6.  | Capital One                      | Unsecured      | 1,445.78   | 1,445.78       |
| 7.  | City Of Chicago Dept Of Revenue  | Unsecured      | 353.75     | 353.75         |
| 8.  | Western Funding Inc              | Unsecured      | 0.00       | 0.00           |
| 9.  | Internal Revenue Service         | Priority       |            | No Claim Filed |
| 10. | AT&T Wireless                    | Unsecured      |            | No Claim Filed |
| 11. | Blair                            | Unsecured      |            | No Claim Filed |
| 12. | Harris & Harris                  | Unsecured      |            | No Claim Filed |
| 13. | NIPSCO                           | Unsecured      |            | No Claim Filed |
| 14. | Prodigy Communications           | Unsecured      |            | No Claim Filed |
| 15. | Midland Credit Management        | Unsecured      |            | No Claim Filed |
| 16. | Excel LLC                        | Unsecured      |            | No Claim Filed |
| 17. | Arrow Financial Services         | Unsecured      |            | No Claim Filed |
| 18. | Robert Sharp Jr                  | Unsecured      |            | No Claim Filed |
| 19. | Ocwen Federal Bank FSB           | Unsecured      |            | No Claim Filed |
| 20. | Northland Group Inc              | Unsecured      |            | No Claim Filed |
| 21. | SBC                              | Unsecured      |            | No Claim Filed |
| 22. | Senex Services Corp              | Unsecured      |            | No Claim Filed |
| 23. | Western Funding Inc              | Unsecured      |            | No Claim Filed |
|     |                                  |                | $ 26,117.97 | $ 26,117.97   |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Warren, Loretta Marie

Printed: 01/22/09

Case Number: 06 B 08012
Judge: Wedoff, Eugene R
Filed: 7/6/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 580.11 |
| 5.4% | 728.16 |
| 6.5% | 125.10 |
| 6.6% | 3.99 |
| | $ 1,437.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

